UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:08-MJ-1034 |
| V. | ) | (SHIRLEY) |
| | ) | |
| JAY WALLACE ROSS | ) | |

ORDER OF DETENTION PENDING HEARING
IN DISTRICT OF OFFENSE

An initial appearance was held in this case on April 29, 2008, on a Warrant and Petition for Action of Conditions of Pretrial Release issued in the Southern District of Ohio, . Cynthia Davidson, Assistant United States Attorney, was present representing the government, and Paula Voss, Assistant Federal Defender, was present representing the defendant. Upon motion of the government for detention stating he is a danger and a risk of flight and pursuant to 18 U.S.C. Section 3142, it is ordered that the defendant is detained.

The Defendant signed a Waiver of a Detention Hearing and a Waiver of Identity hearing at this time but **RESERVED** the right to request a detention hearing in district of offense when he returns to the Southern District of Ohio. Accordingly, the defendant is detained at this time pending further proceedings in Ohio.

A Criminal Complaint was been filed on this defendant in the Eastern District of Tennessee prior to the defendant's hearing, and the defendant will also remain in custody pursuant to the Criminal Complaint.

For good cause shown, the defendant's request not to contest, and to waive the detention hearing is hereby **GRANTED.**

It is therefore **ORDERED** that:

(1)　Defendant be detained.;

(2)　Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3)　Defendant be afforded reasonable opportunity for private consultation with counsel; and

(4)　On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

IT IS SO ORDERED.

ENTERED:

　s/ C. Clifford Shirley, Jr.　
United States Magistrate Judge